# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHN W. HOPE

NO. 2019 KW 0799

SEP 3 0 2019

---

In Re:    John W. Hope, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 08-15-0332.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT GRANTED.** The trial court is ordered to act on relator's motions to quash, filed April 26, 2019, and May 28, 2019, and writs of habeas corpus, filed May 7, 2019, and May 28, 2019, on or before December 2, 2019. A copy of the trial court's action shall be filed in this court on or before December 9, 2019.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT